

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2015

No. 04-15-00060-CV

**IN RE** Carol **KENDALL** and Belinda Sanchez

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Jason Pulliam, Justice

On February 5, 2015, relators filed a petition for writ of mandamus and an emergency motion for temporary relief. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition for writ of mandamus in this court no later than February 20, 2015.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relators' request for temporary relief is GRANTED IN PART. The trial court's January 26, 2015 order authorizing the depositions of relators is temporarily stayed pending final resolution of the petition for writ of mandamus filed in this court.

It is so **ORDERED** on February 6, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014CI19450, styled *In re Cynthia Mason*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.